[No. 70069-3-I.  Division One.  May 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOJO D. EJONGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-05704-2, Patrick H. Oishi, J., entered April 19, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Lau, JJ.

[No. 71466-0-I.  Division One.  May 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. K.L.G., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-8-00947-1, Thomas J. Wynne, J., entered December 31, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Lau, JJ.

[No. 71509-7-I.  Division One.  May 26, 2015.]

*In the Matter of the Dependency of* T.A.G.-F.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. STACY MALDONADO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-7-11907-1, Julia L. Garratt, J., entered February 6, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Trickey, JJ.

[No. 71545-3-I.  Division One.  May 26, 2015.]

TERESA REED-JENNINGS ET AL., *Appellants*, v. THE BASEBALL CLUB OF SEATTLE, LP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-15687-5, Ken Schubert, J., entered January 24, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Lau, JJ. Now published at 188 Wn. App. 320.